[No. 12747-4-II.   Division Two.   May 29, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. STACY IVAN REAM, *Appellant*

Appeal from a judgment of the Superior Court for Wahkiakum County, No. 88-1-00023-4, Joel M. Penoyar, J., entered April 10, 1989. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Morgan, A.C.J., and Alexander, J.

[No. 14620-7-II.   Division Two.   May 29, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. TIMOTHY DALE O'KEEFE, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 90-1-02998-2, Thomas R. Sauriol, J., entered December 17, 1990. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Petrich, C.J., and Seinfeld, J.

[Nos. 24845-6-I; 24846-4-I.   Division One.   February 3, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. WALTER WASHINGTON, JR., *Appellant*.

Appeals from a judgment of the Superior Court for King County, No. 88-1-02111-9, Frank L. Sullivan, J., entered August 3, 1988. *Dismissed* by unpublished per curiam opinion.